Sheri M. Thome, Esq.
Nevada Bar No. 008657
Chad C. Butterfield, Esq.
Nevada Bar No. 010532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
chad.butterfield@wilsonelser.com
*Attorneys for Defendant Las Vegas Valley Water District*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LYNDALOU BULLARD, an individual;<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS VALLEY WATER DISTRICT; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.:   2:15-cv-00948-JAD-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>[FIRST REQUEST] |

Defendant LAS VEGAS VALLEY WATER DISTRICT (the "District") and Plaintiff Lyndalou Bullard, by and through their respective counsel of record, hereby stipulate and agree as follows:

The District shall have a seven (7) day extension of the deadline for Defendants/Counter-Claimants to file reply brief in support of the District's Motion to Dismiss Pursuant to FRCP 12(b)(6) [Dkt. #7]. Counsel for the District has requested the extension in order to fully assess the arguments set forth in Plaintiff's opposition brief and to allow time for the District to review the Reply and to provide input as appropriate. The current reply deadline is June 22, 2015. Accordingly, the parties hereby stipulate to extend this deadline from June 22, 2015 up to and including **June 29, 2015.**

810087v.1

Plaintiff's counsel has graciously agreed to accommodate this requested extension, which is made in good faith, is supported by good cause as discussed above, and is not for the purpose of delay.

DATED this 19th day of June, 2015

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: /s/ Chad C. Butterfield
SHERI M. THOME, Esq.
Nevada Bar No. 008657
CHAD C. BUTTERFIELD, Esq.
Nevada Bar No. 010532
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant*

DATED this 19th day of June, 2015

**CALLISTER & ASSOCIATES**

BY: /s/ Suneel J. Nelson
MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 1396
SUNEEL J. NELSON, ESQ.
Nevada Bar No. 12052
823 Las Vegas Blvd. South, 3rd Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

## ORDER

GOOD CAUSE SHOWN, IT IS SO ORDERED

Dated: June 19, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

810087v.1