UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LYNDALOU BULLARD,            )
                             )   Case No. 2:15-cv-00948-JAD-NJK
       Plaintiff(s),       )
                             )
vs.                          )   ORDER TO SHOW CAUSE
                             )
LAS VEGAS VALLEY WATER DISTRICT, )
                             )
       Defendant(s).       )
_____)

On May 20, 2015, the Court set an early neutral evaluation session in this case "to commence **August 13, 2015 at 10:00 AM**." Docket No. 5 (emphasis in original). The Court ordered "[a]ll counsel of record who will be participating in the trial" to personally appear for the early neutral evaluation session. *Id.* at 1. No counsel of record appeared for Plaintiff at 10:00 a.m. Instead, the Court received a phone call from Plaintiff's counsel's office at 10:04 a.m. informing the Court that Suneel Nelson was currently walking over from the Regional Justice Center. Shortly thereafter, Jeffrey Pitegoff informed the Court that he had been informed that Matthew Callister was en route from his law offices.[1] The Court provided Plaintiff's counsel with another 30 minutes to appear at the early neutral evaluation

---

[1] Mr. Pitegoff was attending the settlement conference not as counsel of record, but as a potential future counsel of record apparently trying to decide whether to substitute into the case.

session.  Plaintiff's counsel of record did not appear by 10:35 a.m., so the Court cancelled the early neutral evaluation session.  *See* Docket No. 18.[2]

Attorneys are required to follow Court orders.  *See, e.g.*, Fed. R. Civ. P. 16(f); Local Rule IA 4-1.[3]  When an attorney fails to appear as ordered or otherwise violates a Court order, he is subject to sanctions.  Fed. R. Civ. P. 16(f).  The Court hereby **ORDERS** Mr. Callister and Mr. Nelson to show cause in writing, no later August 20, 2015, why they should not be sanctioned in a Court fine of up to $2,000 each and in the amount of Defendant's reasonable attorneys' fees and expenses in preparing for and attending the early neutral evaluation session.

IT IS SO ORDERED.

DATED: August 13, 2015

_____
Nancy J. Koppe
United States Magistrate Judge

---

[2] Suneel Nelson, who presented himself as attorney of record but who has never filed a formal notice of appearance in this case, appeared at 10:42 a.m.  The only docketed counsel of record, Matthew Callister, did not appear until 10:47 a.m.

[3] To be clear, this order to show cause is directed solely to Plaintiff's counsel.  Plaintiff herself appeared for the early neutral evaluation session as ordered.  *See* Docket No. 18.