# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LYNDALOU BULLARD,<br><br>    Plaintiff(s),<br><br>vs.<br><br>LAS VEGAS VALLEY WATER DISTRICT,<br><br>    Defendant(s). | Case No. 2:15-cv-00948-JAD-VCF<br><br>ORDER |

Pending before the Court is a letter that Plaintiff's counsel delivered to the undersigned. The proper vehicle for seeking relief from the Court is the filing of a stipulation or a motion. *See* Local Rules 7-1, 7-2. Parties are not permitted to seek relief through letters. *Cf.* Local Rule 10-1, Local Rule 10-2 (explaining formatting requirements for court filings). Nor are parties generally permitted to seek relief without publicly filing the request for relief. *Cf. Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (discussing the public's general right to access judicial records). The Court attaches Plaintiff's counsel's letter to this order, but otherwise will take no action on the relief requested. To the extent Plaintiff seeks relief from the Court, she must file a proper request for relief on the docket.

IT IS SO ORDERED.

DATED: August 14, 2015

                                                                                                            _____
                                                                                                            NANCY J. KOPPE
                                                                                                            United States Magistrate Judge

MATTHEW Q. CALLISTER
MITCHELL S. BISSON*
L. COURTNEY NELSON**
SUNEEL J. NELSON

*Also licensed in Michigan
**Also licensed in California

**CALLISTER & ASSOCIATES**

ROBERT CALLISTER
1921-1999

ATTORNEYS AT LAW
823 Las Vegas Boulevard South, Suite 330
Las Vegas, Nevada 89101
Telephone: (702) 333-3334
Facsimile: (702) 385-2899
E-Mail:  mqc@call-law.com

August 13, 2015

**VIA HAND DELIVERY TO:**
Honorable Judge Nancy J. Koppe
333 Las Vegas Blvd. South, Third Floor
Las Vegas, Nevada 89101

Re:   *Bullard v. LVVWD* (2:15-cv-00948-JAD-VCF)
      Early Neutral Evaluation Conference - 8/13/15

Dear Honorable Judge Koppe:

I sincerely apologize that neither myself nor my associate, Suneel J. Nelson, Esq., appeared this morning for the scheduled Early Neutral Evaluation (ENE) Conference in *Bullard v. LVVWD*. There is absolutely ***no*** excuse for this. Out of an abundance of caution, I directed Mr. Nelson to make sure he was present for the ENE Conference well before 10 a.m., as I had a hearing at Clark County Family Court on the 9 a.m. calendar. Although I fully anticipated being finished with my hearing well before the 10 a.m. ENE Conference, Bonanza Road was shut down for a period of time this morning and as a result, the Family Court's 9 a.m. calendar did not begin until approximately 9:35 a.m. Unfortunately, I was not able to get to the ENE Conference prior to you vacating it.

I can offer no excuse for why Mr. Nelson was not present, as he has yet to provide me with any sort of explanation for his absence. He is the senior associate at my firm with the most experience with this case. I respectfully request that the ENE Conference be reset as soon as your schedule will accommodate. I am copying all counsel with this correspondence as well.

Very truly yours,

**CALLISTER & ASSOCIATES**

/s/ *Matthew Q. Callister*

MATTHEW Q. CALLISTER, ESQ.

CC:   Sheri M. Thome, Esq.
      300 South Fourth Street, 11th Floor
      Las Vegas, NV 89101
      Sheri.thome@wilsonelser.com