# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LYNDALOU BULLARD, | Case No. 2:15-cv-00948-JAD-VCF |
| Plaintiff(s), | |
| vs. | ORDER |
| LAS VEGAS VALLEY WATER DISTRICT, | |
| Defendant(s). | |

On August 13, 2015, the early neutral evaluation session was cancelled in light of Plaintiff's counsel's non-appearance. Docket No. 18. The Court subsequently ordered Plaintiff's counsel to pay Defendant's attorneys' fees and costs. Docket No. 26. If the parties were not able to agree on an amount to be paid, Defendant was required to file appropriate paperwork no later than August 28, 2015. *See id.* at 3. Having not received any such filing, the Court assumes the parties have resolved the amount of fees and costs to be paid.

The Court also ordered that, to the extent they sought a rescheduling of the early neutral evaluation session, the parties were required to file a stipulation with available dates no later than August 28, 2015. *See id.* at 3 n. 5. Having not received any such stipulation, the Court will not reschedule the early neutral evaluation session.

In light of the above, the Court **INSTRUCTS** the Clerk's Office to remove the ENE flag from this case and remove the undersigned as the settlement judge.

IT IS SO ORDERED.

DATED: September 1, 2015

_____
Nancy J. Koppe
United States Magistrate Judge