**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No. 1396
mqc@call-law.com
**MITCHELL S. BISSON, ESQ.**
Nevada Bar No. 011920
mbisson@call-law.com
**CALLISTER & ASSOCIATES**
823 Las Vegas Blvd. South, Suite 330
Las Vegas, NV 89101
Tel. (702) 385-3343
Fax. (702) 385-2899
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LYNDALOU BULLARD, an individual,

Plaintiffs,

vs.

LAS VEGAS VALLEY WATER DISTRICT; PATRICK MAXWELL, an individual; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,

Defendants.

Case No: 2:15-cv-00948-JAD-VCF

**STIPULATION AND ORDER TO EXTEND THE DATE FOR PLAINTIFFS' TO RESPOND TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED between the Plaintiff LYNDALOU BULLARD, by and through their counsel of record the Matthew Q. Callister Esq., and Mitchell S. Bisson. Esq., of the law office of Callister & Associates, and the Defendants LAS VEGAS VALLEY WATER DISTRICT and PATRICK MAXWELL, by and through their counsel of record Sheri M. Thome, Esq., Chad C. Butterfield, Esq., and I-Che Lai, Esq., of the law firm of Wilson, Elser, Moskowitz Edelman & Dicker, that the Deadline to file Opposition to Defendant's Motion for Summary Judgment be extended from April 7, 2017 to May 24, 2017. Defendant will have until June 16, 2017 to file Replies to any Oppositions to Defendant's Motions for Summary Judgment.

This stipulation is at the request of Plaintiff and is because Mr. Callister was involved in a serious vehicle accident on May 15, 2017 and the extent of his injuries are not known at this time.

The parties represent that this Stipulation is entered into in good faith and not for the purposes of undue delay.

DATED this 25th day of May, 2017.  DATED this 25th day of May, 2017.

**CALLISTER & ASSOCIATES**  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER**

*/s/ Mitchell S. Bisson*  */s/ I-CHE LAI, ESQ.*

**MATTHEW Q. CALLISTER, ESQ.**  **SHERI M. THOME, ESQ.**
Nevada Bar No. 1396  Nevada Bar No. 8657
**MITCHELL S. BISSON, ESQ.**  **CHAD C. BUTTERFIELD, ESQ.**
Nevada Bar No. 011920  Nevada Bar No. 10532
823 Las Vegas Blvd. South, Suite 330  **I-CHE LAI, ESQ.**
Las Vegas, NV 89101  Nevada Bar No. 12247
*Attorneys for Plaintiffs*  300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
*Attorneys for Defendant*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Dated: May 30, 2017.

Prepared and Submitted by:

*/s/ Mitchell S. Bisson*

**MATTHEW Q. CALLISTER, ESQ.**
Nevada Bar No. 1396
mqc@call-law.com
**MITCHELL S. BISSON, ESQ.**
Nevada Bar No. 011920
mbisson@call-law.com
823 Las Vegas Blvd. South, Suite 330
Las Vegas, NV 89101
*Attorneys for Plaintiffs*