# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Lyndalou Bullard

               Plaintiff,

v.

Las Vegas Valley Water District, et al

               Defendants.

Attorney Fees
JUDGMENT IN A CIVIL CASE

Case Number: 2:15-cv-00948-JAD-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that JUDGMENT is hereby entered awarding $12,902.50 in attorney's fees in favor of the District and against Bullard.

May 14, 2018
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk